## IN the INTEREST OF
## C.E.B. and L.N.B.

**Juvenile Officer, Respondent,**

v.

**C.B. (Father), Appellant.**

### WD 77281

Missouri Court of Appeals,
Western District.

ORDER FILED: December 9, 2014

Lori Fluegel, Kansas City, MO, Attorney for Respondent,

Brittany A. Boswell and Megan C. Roth, Kansas City, MO, Attorneys for Appellant.

Before Division II: Joseph M. Ellis, Presiding Judge, and James Edward Welsh and Mark D. Pfeiffer, Judges

### Order

Per Curiam:

Pursuant to section 211.261, C.B. ("Father") appeals from the final decree, following a bench trial, of the Juvenile Division of the Circuit Court of Jackson County, Missouri ("juvenile court"), in which the juvenile court assumed jurisdiction over Father's son, C.E.B., and daughter, L.N.B., pursuant to section 211.031.1, and ordered family services. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. We affirm. Rule 84.16(b).